# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF388
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 240821970699 | $9,558.00 | 8/15/2024 | VHF24104-2-JM | 6/25/2024 | $9,558.00 |
| | 240821970699 | $9,558.00 | 8/15/2024 | VHF24104-4-JM | 7/2/2024 | $9,558.00 |
| | 240821970699 | $9,558.00 | 8/16/2024 | VHF24104-1-JM | 7/8/2024 | $9,558.00 |
| | 240821970699 | $9,558.00 | 8/15/2024 | VHF24104-6-JM | 7/11/2024 | $9,558.00 |
| | 240821970699 | $9,558.00 | 8/15/2024 | VHF24104-5-JM | 7/11/2024 | $9,558.00 |
| | 240821970699 | $11,458.00 | 8/15/2024 | VHF24104-3-JM | 7/14/2024 | $11,458.00 |
| | 240821970699 | $11,563.00 | 8/15/2024 | VHF24104-24-JM | 7/14/2024 | $11,563.00 |
| | 240821970699 | $9,558.00 | 8/19/2024 | VHF24104-11-JM | 7/16/2024 | $9,558.00 |
| | 240821970699 | $9,558.00 | 8/19/2024 | VHF24104-7-JM | 7/16/2024 | $9,558.00 |
| | 240821970699 | $9,558.00 | 8/19/2024 | VHF24104-12-JM | 7/16/2024 | $9,558.00 |
| | 240821970699 | $9,558.00 | 8/19/2024 | VHF24104-8-JM | 7/16/2024 | $9,558.00 |
| | 240905181695 | $10,192.00 | 8/21/2024 | VHF24104-23-JM | 7/31/2024 | $10,192.00 |
| | 240905181695 | $10,192.00 | 8/21/2024 | VHF24104-22-JM | 7/31/2024 | $10,192.00 |
| | 240905181695 | $10,192.00 | 8/21/2024 | VHF24104-19-JM | 7/31/2024 | $10,192.00 |
| | 240905181695 | $10,192.00 | 8/19/2024 | VHF24104-16-JM | 7/31/2024 | $10,192.00 |
| | 240905181695 | $9,558.00 | 8/19/2024 | VHF24104-9-JM | 7/31/2024 | $9,558.00 |
| | 240905181695 | $9,558.00 | 8/19/2024 | VHF24104-10-JM | 7/31/2024 | $9,558.00 |
| | 240905181695 | $10,192.00 | 8/19/2024 | VHF24104-13-JM | 7/31/2024 | $10,192.00 |
| | 240905181695 | $10,192.00 | 8/21/2024 | VHF24104-17-JM | 7/31/2024 | $10,192.00 |
| | 240905181695 | $10,192.00 | 8/21/2024 | VHF24104-15-JM | 7/31/2024 | $10,192.00 |
| | 240905181695 | $10,192.00 | 8/21/2024 | VHF24104-21-JM | 7/31/2024 | $10,192.00 |
| | 240905181695 | $10,192.00 | 8/21/2024 | VHF24104-20-JM | 7/31/2024 | $10,192.00 |
| | 240905181695 | $10,192.00 | 8/21/2024 | VHF24104-18-JM | 7/31/2024 | $10,192.00 |
| | 240913284150 | $10,192.00 | 8/21/2024 | VHF24104-14-JM | 8/8/2024 | $10,192.00 |
| | 240918341172 | $9,979.00 | 9/3/2024 | VHF24104-34-JM | 8/20/2024 | $9,979.00 |
| | 240918341172 | $9,985.00 | 9/3/2024 | VHF24104-70-JM | 8/20/2024 | $9,985.00 |
| | 240918341172 | $9,995.00 | 9/3/2024 | VHF24104-31-JM | 8/20/2024 | $9,995.00 |
| | 240918341172 | $9,985.00 | 9/3/2024 | VHF24104-67-JM | 8/20/2024 | $9,985.00 |
| | 240918341172 | $10,056.00 | 8/29/2024 | VHF24104-42-JM | 8/20/2024 | $10,056.00 |
| | 240918341172 | $9,995.00 | 8/29/2024 | VHF24104-29-JM | 8/20/2024 | $9,995.00 |
| | 240918341172 | $9,959.00 | 8/29/2024 | VHF24104-36-JM | 8/20/2024 | $9,959.00 |
| | 240926439770 | $9,945.00 | 9/12/2024 | VHF24104-41-JM | 8/26/2024 | $9,945.00 |
| | 240926439770 | $9,772.00 | 9/12/2024 | VHF24104-49-JM | 8/26/2024 | $9,772.00 |
| | 240926439770 | $9,791.00 | 9/12/2024 | VHF24104-53-JM | 8/26/2024 | $9,791.00 |
| | 240926439770 | $9,791.00 | 9/12/2024 | VHF24104-54-JM | 8/26/2024 | $9,791.00 |
| | 240926439770 | $9,802.00 | 9/4/2024 | VHF24104-65-JM | 8/26/2024 | $9,802.00 |
| | 240926439770 | $9,876.00 | 9/4/2024 | VHF24104-58-JM | 8/26/2024 | $9,876.00 |
| | 240926439770 | $9,791.00 | 9/4/2024 | VHF24104-51-JM | 8/26/2024 | $9,791.00 |
| | 240926439770 | $10,241.00 | 9/4/2024 | VHF24104-47-JM | 8/26/2024 | $10,241.00 |
| | 240926439770 | $9,864.00 | 9/4/2024 | VHF24104-39-JM | 8/26/2024 | $9,864.00 |
| | 240926439770 | $10,387.00 | 9/4/2024 | VHF24104-44-JM | 8/26/2024 | $10,387.00 |
| | 241017799610 | $9,876.00 | 9/17/2024 | VHF24104-56-JM | 9/10/2024 | $9,876.00 |
| | 241017799610 | $9,876.00 | 9/17/2024 | VHF24104-55-JM | 9/10/2024 | $9,876.00 |
| | 241017799610 | $9,791.00 | 9/13/2024 | VHF24104-52-JM | 9/10/2024 | $9,791.00 |
| | 241017799610 | $10,235.00 | 9/13/2024 | VHF24104-45-JM | 9/10/2024 | $10,235.00 |
| | 241017799610 | $9,869.00 | 9/13/2024 | VHF24104-40-JM | 9/10/2024 | $9,869.00 |
| | 241017799610 | $9,959.00 | 9/13/2024 | VHF24104-37-JM | 9/10/2024 | $9,959.00 |

**Defendant:** American Freight, LLC
**Creditor ID:** AF388
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| | 241017799610 | $9,990.00 | 9/13/2024 | VHF24104-35-JM | 9/10/2024 | $9,990.00 |
| | 241017799610 | $9,990.00 | 9/13/2024 | VHF24104-32-JM | 9/10/2024 | $9,990.00 |
| | 241017799610 | $11,365.00 | 9/13/2024 | VHF24104-25-JM | 9/10/2024 | $11,365.00 |
| | | $0.00 | 10/29/2024 | VHF24104-30-JM | 9/10/2024 | $9,995.00 |
| | 241017799610 | $9,995.00 | 9/17/2024 | VHF24104-71-JM | 9/10/2024 | $9,995.00 |
| | 241017799610 | $9,985.00 | 9/17/2024 | VHF24104-68-JM | 9/10/2024 | $9,985.00 |
| | 241017799610 | $9,802.00 | 9/17/2024 | VHF24104-66-JM | 9/10/2024 | $9,802.00 |
| | 241017799610 | $9,772.00 | 9/17/2024 | VHF24104-63-JM | 9/10/2024 | $9,772.00 |
| | 241017799610 | $9,802.00 | 9/17/2024 | VHF24104-60-JM | 9/10/2024 | $9,802.00 |
| | 241017799610 | $9,802.00 | 9/17/2024 | VHF24104-61-JM | 9/10/2024 | $9,802.00 |
| | 241017799610 | $9,802.00 | 9/17/2024 | VHF24104-62-JM | 9/10/2024 | $9,802.00 |
| | 241017799610 | $9,876.00 | 9/17/2024 | VHF24104-59-JM | 9/10/2024 | $9,876.00 |
| | | $10,009.00 | 10/16/2024 | VHF24104-33-JM | 10/15/2024 | $10,009.00 |
| | | $0.00 | 10/16/2024 | VHF24104-38-JM | 10/15/2024 | $9,864.00 |
| | | $11,365.00 | 10/16/2024 | VHF24104-28-JM | 10/15/2024 | $11,365.00 |
| | | $0.00 | 10/16/2024 | VHF24104-43-JM | 10/15/2024 | $10,056.00 |
| | | $9,985.00 | 10/16/2024 | VHF24104-69-JM | 10/15/2024 | $9,985.00 |
| | | $0.00 | 10/16/2024 | VHF24104-46-JM | 10/15/2024 | $10,241.00 |
| | | $11,630.00 | 10/16/2024 | VHF24104-74-JM | 10/15/2024 | $11,630.00 |
| | | $11,563.00 | 10/29/2024 | VHF24104-72-JM | 10/21/2024 | $11,563.00 |
| **Total Transfers** | **67** | **$633,824.00** | | | | **$673,980.00** |